*Philip B. Willette Co., L.L.A.*

## Attorney At Law
P.O. Box 26042, Columbus, OH 43226

Date: 03/15/19

| ACCOUNT IDENTIFICATION | |
|---|---|
| 0993 - Davie Modern Dentistry | ACCT - 857295 |
| 5796 S University Dr., Ste. 102 | 993_1959 |
| Davie, FL 33328 | |

Areeb Malik
5215 SW 91st Ave
Cooper City, FL 33328-5034

| | |
|---|---|
| AMOUNT CLAIMED: | $866.25 |
| CLIENT COLLECTION CHARGE: | |
| TOTAL DUE: | $866.25 |

I serve as Outside Counsel for AmerAssist A/R Solutions, Inc., which is a national collection agency. My responsibilities include advising on the collection process and matters of corporate law.

Take notice that your account for the above referenced creditor has been listed for collection with AmerAssist. Although duly demanded, the same has not yet been paid. It is important that you resolve this matter to avoid further collection efforts.

Do not consider this letter a notification of my intent to sue, since I do not have the legal authority to do so. If brought, suits are processed locally by corresponding collection counsel. I have not, and will not review each detail of your account status, unless you so request.

For your convenience AmerAssist will accept your payment by phone through electronic check. If you have questions or need to make payment arrangements, please contact AmerAssist's office at (877) 900-5300 ext.4203.

Remit your payment using the attached coupon in the enclosed envelope to ensure proper credit on your account.

*Philip B. Willette*

Philip B. Willette

- See reverse side for important consumer information -

This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

993_1959
ACCT - 857295
0993 - Davie Modern Dentistry
Areeb Malik

| | |
|---|---|
| Amount Claimed | $866.25 |
| Client Collection Charge | |
| TOTAL DUE | $866.25 |
| TOTAL PAID | |

Make check or money order payable to:

AmerAssist A/R Solutions
1105 Schrock Rd Suite 502
Columbus, OH 43229

© Copyright 2017 Philip B. Willette Co.

AMAS/43/042  2369819   627/0000314/0002