## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-CIV-60987-RAR**

**AREEB MALIK**,

    Plaintiff,

v.

**PHILIP B. WILLETTE CO.**, **LPA**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties have advised that they have amicably settled this matter [ECF No. 19]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal with the Court within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of August, 2019.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**