**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-60987-RAR**

**AREEB MALIK**,

    Plaintiff,

v.

**PHILIP B. WILLETTE CO.**, **LPA**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [ECF No. 21], requesting that the Court enter an order dismissing this matter with prejudice. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is dismissed with prejudice, with each party to bear its own fees and costs. The Clerk is instructed to mark this case closed.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of October, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**